**Your actual rate, payment, and costs could be higher.**
**Get an official Loan Estimate before choosing a loan**

## Finance Of America Mortgage LLC
## Estimated Prequalification Cost Analysis

Jason Wiggins
NMLS ID: 139983
email: jwiggins@financeofamerica.com
phone: (570) 335-9397

**Name(s):** Alcides Lucas Diaz                         **Date:**    11/14/18
**Home:** (570) 242-2880        **Cell:**
**Mailing Address:** 5297 HIGH VISTA DR. Orefield, PA 18069
**Loan Program:** FHA PLUS 30 Year Fixed Rate

**This document is intended solely for pre-qualification information purposes. This document is not part of the application process and does not constitute an application.**

| Proposed Loan Terms | |
|---|---|
| Loan Purpose: | Purchase |
| Occupancy: | Primary Residence |
| Loan Type: | FHA Loan |
| Amortization Type: | Fixed |
| Lien Position: | First |
| Estimated Property Value: | $320,000.00 |
| Interest Rate: | 4.875% |
| Number of Payments: | 360 |
| Amortization Term: | 360 |
| Loan To Value Ratio: | 90.000 |
| Combined LTV Ratio: | 90.000 |
| Estimated APR: | 5.732% |

**Estimated Monthly Payment**

| | |
|---|---|
| First Mortgage (P&I): | $1,550.79 |
| Second Mortgage (P&I): | $0.00 |
| Hazard Insurance: | $83.33 |
| Real Estate Taxes: | $412.19 |
| Mortgage Insurance: | $190.68 |
| Homeowner Assn. Dues: | $0.00 |
| Flood Insurance: | $0.00 |
| Other: | $0.00 |
| ---ESTIMATED MONTHLY PMT--- | $2,236.99 |

**Estimated Loan Amount**

| | |
|---|---|
| Base Loan Amount: | $288,000.00 |
| Financed MIP/PMI: | $5,040.00 |
| ---ESTIMATED TOTAL LOAN AMT--- | $293,040.00 |

**Estimated Cash to Close**

| | |
|---|---|
| Purchase Price/Refinance: | $320,000.00 |
| Estimated Prepaid Items: | $9,485.12 |
| Estimated Closing Costs: | $12,469.10 |
| Estimated Total Costs: | $341,954.22 |
| - Total Loan Amt: | $293,040.00 |
| - Seller Credit: | $10,000.00 |
| ---ESTIMATED CASH TO CLOSE--- | $38,914.22 |

**Estimated Closing Costs and Prepaids**

ESTIMATED CLOSING COSTS

| | |
|---|---|
| Discount Fee | $2,930.40 |
| Appraisal Fee | $500.00 |
| Credit Report | $60.00 |
| Processing Fee | $1,195.00 |
| Warehouse Fee | $100.00 |
| Flood Certification Fee | $5.50 |
| Settlement Fee | $175.00 |
| Notary Fee | $20.00 |
| Title - Owners Title Insurance | $262.20 |
| Closing Protection Letter | $125.00 |
| Title Endorsements | $200.00 |
| Lenders Title Insurance | $2,096.00 |
| Courier/Edoc Fee | $50.00 |
| Wire Fee | $30.00 |
| Recording Fees | $250.00 |
| Transfer Tax | $3,300.00 |
| Condo/PUD Association Fee(s) | $1,170.00 |
| ---TOTAL EST. CLOSING COSTS--- | $12,469.10 |

ESTIMATED PREPAIDS AND ESCROWS

| | |
|---|---|
| Interest (4 days @ $39.14/day) | $156.56 |
| FHA Up Front MIP | $5,040.00 |
| Hazard Insurance Reserves(2 mos) | $166.66 |
| Mortgage Insurance Reserves(0 mos) | $0.00 |
| City Property Reserves(10 mos) | $4,121.90 |
| ---TOTAL EST. PREPAIDS--- | $9,485.12 |

* Some or all of the fee paid by other party

**The information above reflects proposed loan terms and estimated costs which are typical for this type of loan transaction. If you decide to proceed with applying for a loan, you will need to complete a loan application and you will be provided with detailed loan disclosures. This is not an offer to extend credit. All applications are subject to underwriting approval. Rates, terms, fees, products, programs and requirements are subject to change without notice. For qualified borrowers only. Additional conditions, restrictions and limitations may apply.**

GF200565 (04/17 HE)                                                                                          Page 1 of 1

© 2017 Finance of America Mortgage LLC | EQUAL HOUSING LENDER | NMLS 1071